SCWC-12-0000574

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————————

IN RE MARN FAMILY LITIGATION

———————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000574; MASTER FILE NO. 00-1-MFL 3RD;
CIVIL NOS. 98-5371-12 and 98-4706-10)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari filed on March 28, 2016, by Petitioners Alexander Y. Marn, personally, and Alexander Y. Marn and Ernestine L. Marn, as co-trustees of the Revocable Living Trust Agreement of Alexander Y. Marn, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 9, 2016.

Earle A. Partington
for petitioners

Louise K.Y. Ing and
Tina L. Colman
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

